UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,                   :

     Plaintiff(s),            :  Hon. Robert B. Kugler

     v.                       :  Criminal No.  08-287(RBK)

ALEJANDRO LOPEZ-BRAND,                      :

     Defendant(s).            :

---

## O R D E R

   **THIS MATTER HAVING** come before the court upon the joint application of the defendant and the United States to amend the conditions of pretrial release reflected in the Order of February 11, 2008, of Judge Ann Marie Donio, and the court having heard the argument of counsel on April 18, 2008, and for the reasons expressed on that date;

   **IT IS ON THIS** ____18th____ day of April, 2008, **ORDERED** that as an additional condition of pretrial release, defendant shall be required to participate in any mental health evaluation and/or treatment as directed by United States Pretrial Services.

                 ROBERT B. KUGLER
                 United States District Judge